Milton H. Friend, appellee, v. General Accident, Fire and Life Assurance Corporation, Ltd. of Perth, Scotland, appellant. Gen. No. 38,975.

Opinion filed March 30, 1937.
John A. Bloomingston, for appellant; Robert A. Isaacs, of counsel. Krinsky, Levitan & Glassner, for appellee; Moses Levitan, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

Mattie Holt, a minor, by Bessie Holt, her next friend, appellee, v. Mary Sorge, appellant. Gen. No. 39,003.

Opinion filed March 30, 1937. Rehearing denied April 13, 1937.
Harry A. Biossat, for appellant. Nicholas J. Mascha and Edward J. Lyons, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

William L. Lewy and Sigmund Rothblum, appellees, v. Western Union Telegraph Company, appellant. William L. Lewy and Sigmund Rothblum, cross appellants. Gen. 39,125.

Opinion filed March 30, 1937. Rehearing denied April 13, 1937.
West & Eckhart and Francis R. Stark, for appellant; Owen A. West and Paul Hassell, of counsel. Ringer & Reinwald and Samuel A. Reinach, for appellees; Philip E. Ringer, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.